# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAE SINGH,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA SANDOVAL, et al.,<br><br>Defendants. | Case No. 1:25-cv-01590-KES-SKO<br><br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 9) |

Plaintiff Ranae Singe proceeds *pro se* and *in forma pauperis* in this action initiated on November 19, 2025. Docs. 1, 3. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2025, the assigned magistrate judge screened plaintiff's complaint and found it failed to state any cognizable claims. Doc. 4. Plaintiff was granted thirty (30) days to file an amended complaint, state that she wished to stand on the initial complaint, or voluntarily dismiss her complaint. *Id.* Plaintiff was also warned that "[f]ailure to comply with this order may result in the dismissal of this action." *Id.*

After receiving correspondence from Plaintiff that the assigned magistrate construed as a request for an extension of time for Plaintiff to respond to the screening order, the assigned magistrate judge granted Plaintiff an extension, ordering a response by no later than February 12, 2026. Doc. 7. Plaintiff was warned that the failure to comply with that order would result in a

recommendation that this action be dismissed. *Id.* at 2. Plaintiff did not file a response by February 12, 2026. *See* Docket.

On February 19, 2026, the magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to comply with the Court's orders and failure to prosecute. Doc. 9. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. *Id.* at 2. On March 4, 2026, plaintiff filed objections to the findings and recommendations, in which she communicated her wish to stand on her complaint. (Doc. 10 at 1).

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court finds the screening order and findings and recommendations to be supported by the record and by proper analysis. The screening order correctly found that plaintiff's complaint failed to state any cognizable claim.[1]

Accordingly:

1. For the reasons set forth in the November 24, 2025 screening order, Doc. 4, and the findings and recommendations filed on February 19, 2016, Doc. 9, this action is DISMISSED without leave to amend; and
2. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE

[1] Plaintiff filed a first amended complaint on June 3, 2026, without leave of court. Doc. 12. Her proposed first amended complaint likewise fails to state any cognizable claim.